# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**MITCHELL MARTIN LORENZO**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:07CR00479-01**

Lexi Negin, AFD
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges _1 and 2_ as alleged in the violation petition filed on _February 6, 2008_ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Dates Violation Occurred |
|---|---|---|
| 1 | Failure to Participate in a Program of Drug Testing as Directed | 11/29/2007, 12/5/2007, 12/13/2007, 12/14/200, 12/19/2007, 1/9/2008, and 1/15/2008 |
| 2 | Use of Controlled Substances | 8/2007, 11/2007, and 1/2008 |

The court:  [ ] revokes:  [✔] modifies:  [✔] continues under same conditions of supervision heretofore ordered on _December 20, 2001_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 30, 2009
Date of Imposition of Sentence

Signature of Judicial Officer

**FRANK C. DAMRELL, JR.**, United States District Judge
Name & Title of Judicial Officer

April 3, 2009
Date

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2.  The defendant shall comply with the conditions of home detention for a period of 120 days to commence when directed by the probation officer.  During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer.  The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

    At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.